IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                        **RESPONDENT**

v.                      **Criminal No. 4:11-cr-40037-020**
                         **Civil No. 4:13-cv-4102**

**ALVIN WEEKLY**                                                     **MOVANT**

## ORDER

Movant, a defendant in this criminal matter, confined in the Memphis Federal Correctional Inistitution, Memphis, Tennessee, has filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. ECF No. 1275. He now files his Motion for Appeal Bond, seeking to be released on bond or on his personal recognizance. ECF No. 1305. Movant was sentenced to 140 months imprisonment in this matter and his direct appeal was dismissed on his own motion on December 14, 2012. ECF No. 1008-1. Movant has provided no basis for his request for bond or release and is not entitled to a bond or release pending resolution of his § 2255 Motion.

      **IT IS THEREFORE ORDERED** the Motion for Appeal Bond (ECF No. 1305) is **DENIED**.

      **ENTERED** this **3rd day of April 2014.**

                                                                      /s/ Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            UNITED STATES MAGISTRATE JUDGE