IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                                 **RESPONDENT**

v.                              **Criminal No. 4:11-cr-40037-020**
                                **Civil No. 4:13-cv-4102**

**ALVIN WEEKLY**                                                                            **MOVANT**

## ORDER

Movant, a defendant in this criminal matter, confined in the Memphis Federal Correctional Inistitution, Memphis, Tennessee, has filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  ECF No. 1275.  He now files his Motion to Supplement (ECF No. 1311), seeking to supplement the argument in his original Motion.  The Court has reviewed this Motion to Supplement and will consider the arguments raised therein when addressing the Motion to Vacate.

**IT IS THEREFORE ORDERED** the Motion to Supplement (ECF No. 1311) is **GRANTED**.  The Motion to Supplement filed herein will be considered by the Court.  Movant is not required to file any formal supplement.  The Government, if it wishes, may respond to this supplemental argument within twenty (20) days of the date of this Order, but is not required to do so.

**ENTERED** this **3rd day of April 2014.**

                                                            /s/ Barry A. Bryant
                                                         HON. BARRY A. BRYANT
                                                         UNITED STATES MAGISTRATE JUDGE