IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                                    RESPONDENT

v.                                            Case No. 4:11-cr-40037-020

ALVIN WEEKLY                                                                                                         PETITIONER

## JUDGMENT

Before the Court is a motion for a certificate of appealability filed by Petitioner Alvin Weekly. (ECF No. 1522). After careful consideration, the Court concludes that the motion should be denied.

On April 30, 2015, the Court dismissed Weekly's § 2255 petition. (ECF No. 1518). Weekley filed a notice of appeal (ECF No. 1521) on May 8, 2015. Weekly cannot appeal the dismissal of his habeas petition unless a circuit or district judge issues a certificate of appealability, and a certificate of appealability will issue only when a petitioner makes a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A "substantial showing of the denial of a constitutional right" requires a demonstration "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack*, 529 U.S. at 484 (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1989)).

For the reasons stated in the recommended disposition adopted by the Court and the judgment adopting those recommendations (ECF Nos. 1336 & 1518), the Court finds that jurists of reason would not find it debatable that the petition should have been resolved in a different manner

or that the issues presented were adequate to deserve encouragement to proceed further.

Accordingly, Weekly's motion for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 27th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge