IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                                 **Respondent**

v.        No. 4:11-cr-40037-SOH-BAB-20
          No. 4:13-cv-4102

**ALVIN WEEKLY**                                                                                          **Movant**

## ORDER

Movant, an inmate currently confined to the Memphis Federal Correctional Institution, Memphis, Tennessee, files this Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 1525), in connection with his appeal of this Court's denial of his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255.  I have reviewed the Application and find that Movant is entitled to proceed *in forma pauperis* on appeal.[1]

**IT IS HEREBY ORDERED** that the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 1525) is **GRANTED**, and Petitioner is entitled to proceed with this matter without prepayment of fees or costs.

**ENTERED** this **28th day of May 2015.**

  /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] I note United States District Judge Susan O. Hickey denied Movant's Motion for Certificate of Appealability on May 26, 2015.  ECF No. 1527.