IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          Case No. 4:11-cr-40037-20

ALVIN WEEKLY                                                       DEFENDANT

## ORDER

Before the Court is a Motion to Disclose Defendant's Presentence Investigation Report. ECF No. 1974. The government moves the Court to enter an order permitting the United States Attorney's Office for the Western District of Arkansas to disclose Defendant's presentence investigation report to the United States Attorney's Office for the Western District of Tennessee. The United States Attorney for the Western District of Tennessee has indicated that the information contained in the presentence investigation report is necessary for the preparation of a meaningful response to Defendant's motion filed pursuant to 28 U.S.C. § 2241.

Upon consideration, the Court finds that good cause exists for the motion. Accordingly, the motion is **GRANTED**. The United States Attorney's Office for the Western District of Arkansas is permitted to disclose Defendant's presentence investigation report to the United States Attorney's Office for the Western District of Tennessee.

**IT IS SO ORDERED**, on this 30th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge