IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                                    Case No. 4:11-cr-40037-20

ALVIN WEEKLY                                                          PETITIONER

## ORDER

On October 11, 2018, the Court entered an order directing briefing on Petitioner's motion to reopen the time for filing an appeal. (ECF No. 1995). The Court finds that this order was entered prematurely. Accordingly, the Court's October 11, 2018 order directing briefing regarding Petitioner's motion to reopen the time for filing an appeal (ECF No. 1995) is hereby **VACATED**. The Court's subsequent October 11, 2018 order granting Petitioner's motion (ECF No. 1996) remains in effect.

**IT IS SO ORDERED**, this 12th day of October 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge